UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-62464-CIV-COHN/SELTZER

PAULA GRACE WILLIS,

        Plaintiff,

v.

DHL GLOBAL CUSTOMER SOLUTIONS
(USA), INC.,

        Defendant.

_____/

## ORDER OF REMAND

**THIS CAUSE** is before the Court *sua sponte*.  The Court has considered the record in this case and is otherwise fully advised in the premises.

Federal courts are courts of limited jurisdiction.  See 13 Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice & Procedure § 3522 (2d ed. 1984 & Supp. 2008).  Federal subject matter jurisdiction exists only when a controversy involves a question of federal law or diversity of citizenship between the parties.  See 28 U.S.C. §§ 1331-1332.

On November 24, 2010, Plaintiff filed this action in the Circuit Court of the 17th Judicial Circuit in and for Broward County Florida.  Complaint [DE 1 at 9-18].  On December 20, 2010, Defendant removed the action to this Court based on federal question jurisdiction.  Notice of Removal [DE 1 at 1-3].  Defendant noted that Plaintiff's § 1981 claims were federal claims, and that the Court could exercise supplemental jurisdiction over her state law FCRA claims.  Id.

On October 7, 2011, the Court entered an Order Granting in Part and Denying in

Part Defendant's Motion for Summary Judgment [DE 40] and a Partial Judgment [DE 41] as to all federal claims.  Thus, the only remaining claims in this action are Plaintiff's state law claims under the FCRA.  <u>See</u> Compl.

A "district court[] may decline to exercise supplemental jurisdiction over a claim . . . if . . . the district court has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c)(3).  The Court, in its discretion, declines to exercise supplemental jurisdiction over the remaining FCRA claims.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      The above-captioned action is hereby **REMANDED** to the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, for lack of subject matter jurisdiction;

3.      The Clerk of this Court is hereby directed to forward a certified copy of this Order to the Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No. 10-45770;

4.      Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 7th day of October, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

2